# Court of Appeals
# of the State of Georgia

ATLANTA,   May 20, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0398.  EDWARD S. RUST v. THE STATE.**

A jury found Edward S. Rust guilty of two counts of armed robbery, and his conviction was affirmed on appeal. See *Rust v. State*, 264 Ga. App. 893 (592 SE2d 525) (2003). Rust subsequently filed a motion for out-of-time appeal, which the trial court denied on March 11, 2014. Rust filed a discretionary application from this order on April 27, 2015. We lack jurisdiction.

A discretionary application must be filed within 30 days of entry of the order sought to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *In re: S. M. B.*, 319 Ga. App. 125 (735 SE2d 122) (2012); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Because this application was filed over a year after entry of the order that Rust seeks to appeal, it is untimely.

Moreover, "[a]n out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (punctuation omitted). Because Rust has already had a direct appeal, he is not entitled to an out-of-time appeal. See *Milliken v. State*, 259 Ga. App. 144, 145 (575 SE2d 910) (2003). For these reasons, we lack jurisdiction over this application for discretionary appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____05/20/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*